EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                      | 2012 TSPR 40   |
|-------------------------------------------------------------|----------------|
| Designación Miembros de la<br>Comisión de Disciplina Judicial | 184 DPR \_\_\_\_ |

Número del Caso: EM-2012-04

Fecha: 12 de marzo de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In Re:
                                    EN-2012-4

Designación  Miembros  de  la
Comisión de Disciplina Judicial




                    RESOLUCIÓN


San Juan, Puerto Rico, a 12 de marzo de 2012.


        En  virtud  de  la  Regla  12  de  Disciplina
Judicial,  se  designan  a  las  siguientes  personas
como miembros de la Comisión de Disciplina Judicial
en los cargos que se indican a continuación:

        Hon.  Aída  N.  Molinary  de  la  Cruz,
        Presidenta  de  la  Comisión  de  Disciplina
        Judicial

        Lcdo. Ángel F. Rossy García, Comisionado
        Asociado

        Lcda.  Delia  Lugo  Bougal,  Comisionada
        Asociada

        Lcdo.    José    Miranda    de    Hostos,
        Comisionado Asociado

        Lcda.  Evelyn  Benvenutti,  Comisionada
        Asociada

        Sra. Eneida Sierra Corredor, Comisionada
        Asociada

        Lcda.  Lourdes  Velázquez,  Comisionada
        Alterna

        Dr. Juan Salgado, Comisionado Alterno

Las personas antes mencionadas ocuparán sus cargos por el término de cuatro (4) años.

Estos nombramientos entrarán en vigor inmediatamente.

El Tribunal Supremo agradece a los miembros su disposición de servir al pueblo de Puerto Rico a través de la Comisión.

Publíquese

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo